AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE LS 154, | ) |
| _Plaintiff_ | ) |
| v. | ) Case No. 3:23-cv-03807-VC |
| UBER TECHNOLOGIES, INC., a Delaware | ) |
| Corporation; RASIER, LLC, a Delaware Limited | ) |
| Liability Company; RASIER-CA, LLC, a Delaware | ) |
| Limited Liability Company; and DOES 1 through 50, | |
| Inclusive, | |
| _Defendant_ | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC

Date: August 18, 2023

_Attorney's signature_

Paul A. Alarcon 275036

_Printed name and bar number_

BOWMAN AND BROOKE, LLP
970 W. 190th Street, Suite 700
Torrance, CA 90502

_Address_

Paul.Alarcon@bowmanandbrooke.com

_E-mail address_

(310) 768-3068

_Telephone number_

(310) 719-1019

_FAX number_

1

**CERTIFICATE OF SERVICE**

2

      I hereby certify that on August 18, 2023, I electronically transmitted the foregoing ***APPEARANCE***

3

***OF COUNSEL*** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice

4

of *Electronic* Filing to all CM/ECF registrants.

5

6

7

    */s/ Claudia Nunez*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

1