AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE LS 154,<br>　　　　　*Plaintiff*<br>　　　v.<br>UBER TECHNOLOGIES, INC., a Delaware Corporation; RASIER, LLC, a Delaware Limited Liability Company; RASIER-CA, LLC, a Delaware Limited Liability Company; and DOES 1 through 50, Inclusive,<br>　　　　　*Defendant* | )<br>)<br>)　　Case No. 3:23-cv-03807-VC<br>)<br>)<br>)<br>) |

## APPEARANCE OF COUNSEL

To:　　The clerk of court and all parties of record

　　　I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

　　　Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC

Date: August 21, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　*Attorney's signature*

　　　　　　　　　　　　　　　　　　　　　　Samuel Q. Schleier 312449
　　　　　　　　　　　　　　　　　　　　　　　　*Printed name and bar number*

　　　　　　　　　　　　　　　　　　　　　　BOWMAN AND BROOKE, LLP
　　　　　　　　　　　　　　　　　　　　　　970 W. 190th Street, Suite 700
　　　　　　　　　　　　　　　　　　　　　　Torrance, CA 90502
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Address*

　　　　　　　　　　　　　　　　　　　　　　Sam.Schleier@bowmanandbrooke.com
　　　　　　　　　　　　　　　　　　　　　　　　　　*E-mail address*

　　　　　　　　　　　　　　　　　　　　　　(310) 768-3068
　　　　　　　　　　　　　　　　　　　　　　　　*Telephone number*

　　　　　　　　　　　　　　　　　　　　　　(310) 719-1019
　　　　　　　　　　　　　　　　　　　　　　　　　*FAX number*

# CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2023, I electronically transmitted the foregoing ***APPEARANCE OF COUNSEL*** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

　　　*/s/ Claudia Nunez*